# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ALVESTER COLEMAN, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:19-cv-02760-K |
| | § | |
| | § | |
| PETRO HUNT LLC et al., | § | |
|     Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed February 24th, 2020.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE